LANNY M. TRON  (SBN 135339); *lanny@tronlaw.com*
TERRY L. TRON  (SBN 151151); *terry@tronlaw.com*
MARK PACHOWICZ  (SBN 138108); *mark@pachowicz.com*
TRON & TRON
771 Daily Drive, Suite 230
Camarillo, CA 93010
Tel:  (805) 388-1241
Fax: (805) 388-2091

Attorneys for Plaintiffs
JANELLE JONES and T.J., a minor

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE JONES, individually and as Successor-In- Interest to Scott Jones, deceased; T.J., a minor, individually and as Successor-In-Interest to Scott Jones, deceased, by and through his Guardian Ad Litem, Janelle Jones,<br><br>Plaintiffs,<br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California state agency, *et al.*,<br><br>Defendants. | **CASE NO. 2:12−CV−02181−MCE−CKD**<br><br>**ORDER FOR APPOINTMENT OF JANELLE JONES AS GUARDIAN *AD LITEM* FOR HER MINOR SON, T.J.** |

The Court has reviewed the petition of Plaintiff Janelle Jones for her appointment as guardian *ad litem* for her minor son, plaintiff T.J.  The Court finds good cause exists to grant the petition and it is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING MOTION TO APPOINT
GUARDIAN AD LITEM