1  LANNY M. TRON  (SBN 135339); *lanny@tronlaw.com*
   TERRY L. TRON  (SBN 151151); *terry@tronlaw.com*
2  MARK PACHOWICZ  (SBN 138108); *mark@pachowicz.com*
   TRON & TRON
3  771 Daily Drive, Suite 230
4  Camarillo, CA 93010
   Tel:  (805) 388-1241
5  Fax: (805) 388-2091

6  **Attorneys for Plaintiffs**

7  KAMALA D. HARRIS, State Bar No. 146672
     Attorney General of California
8  PETER A. MESHOT, State Bar No. 117061
     Supervising Deputy Attorney General
9  KEVIN W. REAGER, State Bar No. 178478
10   Deputy Attorney General
       1300 I Street, Suite 125
11     P.O. Box 944255
       Sacramento, CA 94244-2550
12     Telephone:  (916) 324-5331
13     Fax:  (916) 322-8288
    E-mail:  *Kevin.Reager@doj.ca.gov*
14
   **Attorneys for Defendants**
15

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

| | |
|---|---|
| JANELLE JONES, et al | **CASE NO. 2:12-CV-02181-MCE-CKD** |
| Plaintiffs, | **JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON** |
| vs. | Action Filed:  August 21, 2012 |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO THE HONORABLE MORRISON C. ENGLAND, Jr., U.S. DISTRICT COURT JUDGE:**

WHEREAS on August 21, 2012, Plaintiffs Janelle Jones and T.J., a minor, ("PLAINTIFFS") filed a complaint alleging violations of 42 U.S.C. §§1983 and 1988, as well as the general laws of the United States and of the State of California against defendants California Department Of Corrections and Rehabilitation, Matthew Cates, Mike McDonald, Ed Simmerson, John McClellan, and DOES 1 through 50, inclusive ("DEFENDANTS") [Dkt. Nos. 1-3];

WHEREAS PLAINTIFFS timely effectuated service of the complaint on the DEFENDANTS [Dkt. Nos. 13-17];

WHEREAS on December 10, 2012, DEFENDANTS filed a Motion to Dismiss set for hearing on April 4, 2013 [Dkt. No. 19];

WHEREAS PLAINTIFFS and DEFENDANTS have discussed the issues raised in the Motion to Dismiss and DEFENDANTS have consented to PLAINTIFFS amending their complaint to address those issues;

WHEREAS a copy of PLAINTIFFS' proposed First Amended Complaint is attached hereto as Exhibit "A".

**IT IS HEREBY STIPULATED** by and between PLAINTIFFS and DEFENDANTS, through their respective counsels of record, that PLAINTIFFS should be granted leave to file a First Amended Complaint without a hearing as provided by Federal Rule of Civil Procedure 15 and Eastern District of California Local Rules 200 and 220;and

**IT IS HEREBY STIPULATED** the PLAINTIFFS shall file the First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing and that DEFENDANTS' responsive pleading thereto shall be filed thirty (30) days after the filing of the First Amended Complaint; and

**IT IS FURTHER STIPULATED** that DEFENDANTS' Motion To Dismiss shall be withdrawn.

TRON & TRON
771 E. DAILY DRIVE, #230
CAMARILLO, CA 93010
(805) 388-1241

-2-

JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

CASE NO. 2:12-CV-02181-MCE-CKD

**IT IS SO STIPULATED:**

Dated:  March 15, 2013

**TRON & TRON**

By  /s/
LANNY M. TRON, ESQ.
Attorneys for Plaintiffs

Dated:  March 15, 2013

**CALIFORNIA ATTORNEY GENERAL'S OFFICE**

By  /s/
KEVIN W. REAGER, ESQ.
Attorneys for Defendants

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs Janelle Jones and T.J., a minor, are granted leave to file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A";

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is withdrawn and the hearing set for April 4, 2013 is vacated; and

**IT IS FURTHER ORDERED** that Plaintiff shall file the First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing and that Defendants' responsive pleading thereto shall be filed within thirty (30) days after the filing of the First Amended Complaint.

**IT IS SO ORDERED:**

DATED:  March 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

TRON & TRON
771 E. DAILY DRIVE, #230
CAMARILLO, CA 93010
(805) 388-1241

-3-

JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

CASE NO. 2:12-CV-02181-MCE-CKD