LANNY M. TRON  (SBN 135339); *lanny@tronlaw.com*
TERRY L. TRON  (SBN 151151); *terry@tronlaw.com*
MARK PACHOWICZ  (SBN 138108); *mark@pachowicz.com*
TRON & TRON
771 Daily Drive, Suite 230
Camarillo, CA 93010
Tel:  (805) 388-1241
Fax: (805) 388-2091

**Attorneys for Plaintiffs**

KAMALA D. HARRIS, State Bar No. 146672
  Attorney General of California
PETER A. MESHOT, State Bar No. 117061
  Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
  Deputy Attorney General
     1300 I Street, Suite 125
     P.O. Box 944255
     Sacramento, CA 94244-2550
     Telephone:  (916) 324-5331
     Fax:  (916) 322-8288
  E-mail:  *Kevin.Reager@doj.ca.gov*

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

| | |
|---|---|
| JANELLE JONES, et al<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. 2:12-CV-02181-MCE-CKD**<br><br>**JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON**<br><br>Action Filed:  August 21, 2012 |

TRON & TRON
771 E. DAILY DRIVE, #230
CAMARILLO, CA 93010
(805) 388-1241

-1-

JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT; [PROPOSED] ORDER

CASE NO. 2:12-CV-02181-MCE-CKD

**TO THE HONORABLE MORRISON C. ENGLAND, Jr., U.S. DISTRICT COURT JUDGE:**

WHEREAS on August 21, 2012, Plaintiffs Janelle Jones and T.J., a minor, ("PLAINTIFFS") filed a complaint alleging violations of 42 U.S.C. §§1983 and 1988, as well as the general laws of the United States and of the State of California against defendants California Department Of Corrections and Rehabilitation, Matthew Cates, Mike McDonald, Ed Simmerson, John McClellan, and DOES 1 through 50, inclusive ("DEFENDANTS") [Dkt. Nos. 1-3];

WHEREAS PLAINTIFFS timely effectuated service of the complaint on the DEFENDANTS [Dkt. Nos. 13-17];

WHEREAS on December 10, 2012, DEFENDANTS filed a Motion to Dismiss set for hearing on April 4, 2013 [Dkt. No. 19];

WHEREAS PLAINTIFFS and DEFENDANTS have discussed the issues raised in the Motion to Dismiss and DEFENDANTS have consented to PLAINTIFFS amending their complaint to address those issues;

WHEREAS a copy of PLAINTIFFS' proposed First Amended Complaint is attached hereto as Exhibit "A".

**IT IS HEREBY STIPULATED** by and between PLAINTIFFS and DEFENDANTS, through their respective counsels of record, that PLAINTIFFS should be granted leave to file a First Amended Complaint without a hearing as provided by Federal Rule of Civil Procedure 15 and Eastern District of California Local Rules 200 and 220;and

**IT IS HEREBY STIPULATED** the PLAINTIFFS shall file the First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing and that DEFENDANTS' responsive pleading thereto shall be filed thirty (30) days after the filing of the First Amended Complaint; and

**IT IS FURTHER STIPULATED** that DEFENDANTS' Motion To Dismiss shall be withdrawn.


**IT IS SO STIPULATED:**

Dated: March 15, 2013

**TRON & TRON**

By ⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯
**LANNY M. TRON, ESQ.**
Attorneys for Plaintiffs

Dated: March 15, 2013

**CALIFORNIA ATTORNEY GENERAL'S OFFICE**

By ⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯
**KEVIN W. REAGER, ESQ.**
Attorneys for Defendants

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs Janelle Jones and T.J., a minor, are granted leave to file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A";

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is withdrawn and the hearing set for April 4, 2013 is vacated; and

**IT IS FURTHER ORDERED** that Plaintiff shall file the First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing and that Defendants' responsive pleading thereto shall be filed within thirty (30) days after the filing of the First Amended Complaint.

**IT IS SO ORDERED:**

DATED: March 19, 2013

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

TRON & TRON
771 E. DAILY DRIVE, #230
CAMARILLO, CA 93010
(805) 388-1241

-3-

JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

CASE NO. 2:12-CV-02181-MCE-CKD