LANNY M. TRON  (SBN 135339); *lanny@tronlaw.com*
TERRY L. TRON  (SBN 151151); *terry@tronlaw.com*
MARK PACHOWICZ  (SBN 138108); *mark@pachowicz.com*
TRON & TRON
771 Daily Drive, Suite 230
Camarillo, CA 93010
Tel:  (805) 388-1241
Fax: (805) 388-2091

**Attorneys for Plaintiffs**

KAMALA D. HARRIS, State Bar No. 146672
 Attorney General of California
PETER A. MESHOT, State Bar No. 117061
 Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
 Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone:  (916) 324-5331
    Fax:  (916) 322-8288
 E-mail:  *Kevin.Reager@doj.ca.gov*

**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JANELLE JONES, et al<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **CASE NO. 2:12-CV-02181-TLN-CKD**<br><br>**JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER;   ORDER**<br><br>Action Filed:  August 21, 2012 |

-1-

**TO THE HONORABLE TROY L. NUNLEY, U.S. DISTRICT COURT JUDGE:**

WHEREAS on August 21, 2012, Plaintiffs Janelle Jones and T.J., a minor, ("PLAINTIFFS") filed a complaint alleging violations of 42 U.S.C. §§1983 and 1988, as well as the general laws of the United States and of the State of California against defendants California Department Of Corrections and Rehabilitation, Matthew Cates, Mike McDonald, Ed Simmerson, John McClellan, and DOES 1 through 50, inclusive ("DEFENDANTS") [Dkt. Nos. 1-3];

WHEREAS on February 7, 2013, PLAINTIFFS and DEFENDANTS filed a Joint Status Report. [Dkt. No. 20];

WHEREAS on March 22, 2013, PLAINTIFFS filed a First Amended Complaint. [Dkt. No. 24];

WHEREAS on April 23, 2013, DEFENDANTS filed an answer to the First Amended Complaint. [Dkt. No. 27];

WHEREAS on May 2, 2013, PLAINTIFFS and DEFENDANTS filed an Updated Joint Status Report pursuant to this Court's order. [Dkt. No. 29];

WHEREAS on July 15, 2013, the Court issued its Pre-trial Scheduling Order. [Dkt. No. 31];

WHEREAS PLAINTIFFS and DEFENDANTS have exchanged Initial Disclosures and are presently engaging in extensive written discovery as well as the scheduling of depositions;

WHEREAS PLAINTIFFS' counsel had personal and medical issues arise after the Court's issuance of its Pre-trial Scheduling Order. Plaintiff's counsel, Lanny Tron, had major surgery on July 12, 2013, which involved a five-day hospital stay. Thereafter, on August 8, 2013, Mr. Tron had to make an emergency four-day trip to Alberta, Canada, to visit his father, who had been diagnosed with terminal cancer;

WHEREAS, PLAINTIFFS' counsel is a small law firm, and Mr. Tron is primarily responsible for the handling of this case;

WHEREAS, given the personal and medical issues of PLAINTIFFS' counsel, it was not possible for counsel to adequately proceed to prosecute the case according to the Court's July

2013 Pre-trial schedule, in October 2013, the parties filed a Stipulation to modify the Pre-trial Scheduling Order;

WHEREAS, the Stipulation was approved and an Amended Scheduling Order was entered on October 18, 2013 [Dkt. No. 35];

WHEREAS, PLAINTIFFS' counsel, Mr. Tron, thereafter underwent two further surgeries, on October 22, 2013 and on December 17, 2013, relating to his serious medical condition. The general nature of counsel's medical condition has been disclosed to defense counsel, and these surgeries were not elective;

WHEREAS plaintiff's counsel's recovery took longer than expected, the parties have not been able to begin the deposition process, although a first round of written discovery has been completed by both parties;

WHEREAS, the parties are not seeking a further continuance of the Trial date or Pre-trial conference date at this time, but through this Stipulation do seek a continuance of certain discovery and motion cut-off dates;

WHEREAS, the Parties therefore agree to a further modification of the Pre-trial Scheduling Order by rescheduling certain dates therein to the following dates or to other dates as may be amenable to the Court's calendar:

1. All discovery, with the exception of expert discovery, shall be completed by **October 10, 2014** (continued from current date of April 10, 2014);

2. A Settlement Conference set before Judge Allison Claire on **November 22, 2014;** (continued from current date of May 22, 2014);

3. All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **November 3, 2014** (continued from the current date of June 18, 2014); and

4. The last day to hear dispositive motions shall be **December 11, 2014** (continued from the current date of October 17, 2014).

-3-

JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER;  ORDER

CASE NO. 2:12-CV-02181- TLN-CKD

WHEREAS, the parties agree that the requested modifications to the Pre-trial Scheduling Order is for good cause and the modifications are in the interests of justice;

**IT IS HEREBY STIPULATED:**

All parties hereto, by and through their respective attorneys of record, have agreed to the modifications to the Pre-trial Scheduling Order as set forth above, or as otherwise amenable to the Court's calendar.

Dated:  March 7, 2014            **TRON & TRON**

By _____/s/_____
**LANNY M. TRON, ESQ.**
Attorneys for Plaintiffs

Dated:  March 7, 2014            **CALIFORNIA ATTORNEY GENERAL'S OFFICE**

By _____/s/_____
**KEVIN W. REAGER, ESQ.**
Attorneys for Defendants

### ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Pre-trial Scheduling Order be modified as follows:

1. All discovery, with the exception of expert discovery, shall be completed by **October 10, 2014.**

2. A Settlement Conference is set before Judge Allison Claire on **November 20, 2014, at 9:00 a.m.**  Each party is directed to submit to the chambers of Judge Allison Claire confidential settlement conference statements not later than seven (7) days prior to the date of the Settlement Conference.

**JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER;  ORDER**            **CASE NO. 2:12-CV-02181- TLN-CKD**

3. All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **November 3, 2014.**

4. The last day to hear dispositive motions shall be **December 11, 2014.**

**IT IS SO ORDERED:**

Dated: March 13, 2014

_____
Troy L. Nunley
United States District Judge