LANNY M. TRON  (SBN 135339); *lanny@tronlaw.com*
TERRY L. TRON  (SBN 151151); *terry@tronlaw.com*
MARK PACHOWICZ  (SBN 138108); *mark@pachowicz.com*
TRON & TRON
1297 Flynn Road, Suite 210
Camarillo, CA 93012
Tel:  (805) 388-1241
Fax: (805) 388-2091

**Attorneys for Plaintiffs**

KAMALA D. HARRIS, State Bar No. 146672
  Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
  Supervising Deputy Attorney General
NOREEN P. SKELLY, State Bar No. 186135
  Deputy Attorney General
WILLIAM H. DOWNER, State Bar No. 257644
  Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 324-5331
    Fax:  (916) 322-8288
 E-mail:  *Noreen.Skelly@doj.ca.gov*

**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JANELLE JONES, et al<br><br>      Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., and DOES 1 through 50, inclusive,<br><br>      Defendants. | **CASE NO. 2:12-CV-02181-TLN-CKD**<br><br>**JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER;  ORDER**<br><br>Action Filed:  August 21, 2012 |

**TO THE HONORABLE TROY L. NUNLEY, U.S. DISTRICT COURT JUDGE:**

-1-

## SUMMARY OF RELIEF SOUGHT THROUGH THIS STIPULATION

Currently pending before this Court is defendants California Department Of Corrections and Rehabilitation, Matthew Cates, Mike McDonald, Ed Simmerson, John McClellan, and DOES 1 through 50, inclusive ("DEFENDANTS") motion to dismiss Plaintiffs Janelle Jones and T.J., a minor, ("PLAINTIFFS") second, third, and fourth claims for relief set forth in the Second Amended Complaint (SAC), and a motion to strike portions of the SAC. The motions were taken under submission by this Court on May 28, 2015 [Dkt. No. 70], and remain under submission.

Based upon the current Pre-Trial Scheduling Order, DEFENDANTS must file any dispositive motion by July 9, 2015—within approximately one week. After meeting and conferring, the parties have agreed that a decision on the merits of the pending motions to dismiss and strike may substantially impact the scope and substance of the litigation, and that proceeding apace without a decision on the merits may result in a needless expenditure of Court, State, and litigant time and resources. Accordingly, the parties have herein stipulated to vacating the current trial date, and all pre-trial dates, including the last day to file any dispositive motions, until the Court has decided the pending motions to dismiss and strike, and the pleadings in this case are set and the case is at-issue. In the alternative, the parties have herein stipulated to continuing the trial and pre-trial dates by six months, as set forth below.

## PERTINENT PROCEDURAL BACKGROUND

On August 21, 2012, PLAINTIFFS filed their initial complaint alleging violations of 42 U.S.C. §§1983 and 1988, as well as the general laws of the United States and of the State of California against DEFENDANTS [Dkt. Nos. 1-3];

On March 22, 2013, PLAINTIFFS filed a First Amended Complaint. [Dkt. No. 24];

On April 23, 2013, DEFENDANTS filed an answer to the First Amended Complaint. [Dkt. No. 27];

On May 2, 2013, PLAINTIFFS and DEFENDANTS filed an Updated Joint Status Report pursuant to this Court's order. [Dkt. No. 29];

On July 15, 2013, the Court issued its Pre-trial Scheduling Order. [Dkt. No. 31];

-2-

TRON & TRON
1297 FLYNN RD. #210
CAMARILLO, CA
(805) 388-1241

JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER;  ORDER

CASE NO. 2:12-CV-02181- TLN-CKD

Based upon PLAINTIFFS' counsels' serious personal and medical issues that arose after the Court's issuance of its initial Pre-trial Scheduling Order, as well as additional scheduling complications due to discovery issues, the parties have filed prior Stipulations seeking modification of the Pre-trial Scheduling Order, which have been approved, and Amended Scheduling Orders have been entered on October 18, 2013 [Dkt. No. 35]; on March 14, 2014 [Dkt. No. 37]; July 24, 2014 [Dkt. No. 42]; and February 2, 2015 [Dkt. No. 54];

On March 27, 2015, this Court granted Defendants' motion for judgment on the pleadings in part and denied the motion in part. [Dkt. No. 57] In accordance with the Court's order, Plaintiffs filed a second amended complaint (SAC). [Dkt Nos. 57, 60] Defendants have filed motions to strike and dismiss the SAC. [Dkt Nos. 61, 62, 63, 64] These motions are fully briefed and pending before the court. [Dkt Nos. 65, 66, 68, 69, 70]

The parties agree that a decision on the merits of the pending motion to dismiss and motion to strike may substantially impact the scope and substance of the litigation, and that proceeding apace without a decision on the merits may result in a needless expenditure of Judicial, State and litigant time and resources. Accordingly PLAINTIFFS and DEFENDANTS agree that the trial date and all pre-trial dates should be vacated at this time, and reset once the Court has decided the pending motions to strike and dismiss, and the pleadings are set and the case it at-issue. In the alternative, the parties seek a six-month continuance of the trial date and all pre-trial deadlines, as set forth below:

| Current Date | Proposed New Date | Event |
| --- | --- | --- |
| 6/2/15 | 12/02/15 | Last day to complete non-expert discovery. |
| 8/13/15 | 2/11/16 | Last day to hear dispositive motions. Motion filed 35 days before hearing; opposition filed 14 days before hearing; reply filed 7 days before hearing. |
| 9/17/15 | 3/17/16 | Mandatory Settlement Conference |
| 8/27/15 | 2/26/16 | Last day to designate experts. |
| 11/12/15 | 5/12/16 | Last day to file joint pretrial conference statement. |

-3-

TRON & TRON
1297 FLYNN RD. #210
CAMARILLO, CA
(805) 388-1241

JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER; ORDER

CASE NO. 2:12-CV-02181- TLN-CKD

| | | |
|---|---|---|
| 11/19/15 | 5/19/16 | Final pretrial conference. |
| 01/25/16 | 7/25/16 | Trial. |

WHEREAS, the parties agree that the requested modifications to the Pre-Trial Scheduling Order are for good cause and the modifications are in the interests of justice;

**IT IS HEREBY STIPULATED**:

All parties hereto, by and through their respective attorneys of record, have agreed to the modifications to the Pre-Trial Scheduling Order as set forth above, or as otherwise amenable to the Court's calendar.

Dated: July 2, 2015             **TRON & TRON**

                                By    /s/
                                   **LANNY M. TRON, ESQ.**
                                   Attorneys for Plaintiffs

Dated: July 2, 2015             **KAMALA D. HARRIS**
                                **ATTORNEY GENERAL OF CALIFORNIA**
                                **SUSAN E. SLAGER**
                                **SUPERVISING DEPUTY ATTORNEY GENERAL**
                                **ATTORNEYS FOR DEFENDANTS**


                                        /s/
                                   **WILLIAM H. DOWNER**
                                   **DEPUTY ATTORNEY GENERAL**
                                   Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing, therefore ORDERS that the current trial date and pre-trial deadlines, including the date upon which dispositive motions in this case could be last filed, are hereby VACATED.  The Court will issue a new trial date and pre-trial deadlines subsequent to ruling on the pending Motion to Dismiss and Motion to Strike (ECF Nos. 61 & 63).

Dated:  July 6, 2015

Troy L. Nunley
United States District Judge

-5-

**TRON & TRON**
1297 FLYNN RD. #210
CAMARILLO, CA
(805) 388-1241

**JOINT STIPULATION TO FURTHER MODIFICATION OF SCHEDULING ORDER;  ORDER**

**CASE NO. 2:12-CV-02181- TLN-CKD**