LANNY M. TRON  (SBN 135339); *lanny@tronlaw.com*
TERRY L. TRON  (SBN 151151); *terry@tronlaw.com*
TRON & TRON
1297 Flynn Road, Suite 210
Camarillo, CA 93012
Tel:  (805) 388-1241
Fax: (805) 388-2091

**Attorneys for Plaintiffs**

KAMALA D. HARRIS, State Bar No. 146672
  Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
  Supervising Deputy Attorney General
NOREEN P. SKELLY, State Bar No. 186135
  Deputy Attorney General
WILLIAM H. DOWNER, State Bar No. 257644
  Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone:  (916) 324-5331
    Fax:  (916) 322-8288
  E-mail:  *Noreen.Skelly@doj.ca.gov*

**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JANELLE JONES, et al<br><br>                                Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., and DOES 1 through 50, inclusive,<br><br>                                Defendants. | **CASE NO. 2:12-CV-02181-TLN-CKD**<br><br>**JOINT STIPULATION TO VACATE PRE-TRIAL SETTLEMENT CONFERENCE;  [PROPOSED] ORDER**<br><br>Action Filed:  August 21, 2012 |

**TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE ALLISON CLAIRE:**

-1-

TRON & TRON
1297 FLYNN RD. #210
CAMARILLO, CA
(805) 388-1241

JOINT STIPULATION TO VACATE PRE-TRIAL SETTLEMENT CONFERENCE;  [PROPOSED] ORDER

CASE NO. 2:12-CV-02181- TLN-CKD

On July 7, 2015, the Court vacated the trial date and pre-trial deadlines in this matter as the pleadings are not yet set in this case, and the case is not "at-issue". (ECF Dkt. No. 74.)

WHEREAS a decision on the merits of certain pending motions may substantially impact the scope and substance of the litigation, including the parties to the lawsuit, and that proceeding without a decision on the merits of such pending motions may result in a needless expenditure of the time and resources of the settlement court and the by the parties, PLAINTIFFS and DEFENDANTS have agreed that the date for the Pre-Trial Settlement Conference should be vacated at this time, and reset once the pleadings are set and the case is at-issue.

WHEREAS, the parties agree that the date for the Pre-Trial Settlement Conference should be vacated for good cause and in the interests of justice;

**IT IS HEREBY STIPULATED**:

All parties hereto, by and through their respective attorneys of record, have agreed to vacate the date for the Pre-Trial Settlement Conference.

Dated:  September 14, 2015          **TRON & TRON**

By _____/s/_____
**LANNY M. TRON, ESQ.**
Attorneys for Plaintiffs

Dated:  September 14, 2015          **KAMALA D. HARRIS**
**ATTORNEY GENERAL OF CALIFORNIA**
**SUSAN E. SLAGER**
**SUPERVISING DEPUTY ATTORNEY GENERAL**
**ATTORNEYS FOR DEFENDANTS**

_____/s/_____
**WILLIAM H. DOWNER**
**DEPUTY ATTORNEY GENERAL**
Attorneys for Defendants

TRON & TRON
1297 FLYNN RD. #210
CAMARILLO, CA
(805) 388-1241

JOINT STIPULATION TO VACATE PRE-TRIAL
SETTLEMENT CONFERENCE;   [PROPOSED] ORDER

CASE NO. 2:12-CV-02181- TLN-CKD

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the date for the Pre-Trial Settlement Conference be vacated to be reset by the Court once the pleadings are set and the case is at issue.

**IT IS SO ORDERED:**

Dated: September 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

TRON & TRON
1297 FLYNN RD. #210
CAMARILLO, CA
(805) 388-1241

-3-

JOINT STIPULATION TO VACATE PRE-TRIAL
SETTLEMENT CONFERENCE; [PROPOSED] ORDER

CASE NO. 2:12-CV-02181- TLN-CKD