1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JANELLE JONES, and T. J.,  a minor,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>MATTHEW CATES, *et al*.,<br><br>                              Defendants. | No. 2:12-cv-02181-TLN-DB<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court has reviewed Plaintiffs' *Ex Parte* Application for an order continuing the hearing and briefing scheduling of Defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication ("MSJ"). The Court is also in receipt of Defendants' opposition and Plaintiffs' reply.  Good cause being shown for the requested continuance, the Court hereby ORDERS that the hearing on the MSJ be continued to February 23, 2017.

Opposition and Reply papers are to be filed pursuant to Local Rule 230.

IT IS SO ORDERED**.**

Dated: November 2, 2016

_____
Troy L. Nunley
United States District Judge

- 1 -

**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**