1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JANELLE JONES, and T. J.,  a minor,<br><br>                                Plaintiffs,<br><br>            vs.<br><br>MATTHEW CATES, *et al.*,<br><br>                                Defendants. | No. 2:12-cv-02181-TLN-DB<br><br>**ORDER RE: MOTION FOR APPROVAL OF COMPROMISE OF MINOR PLAINTIFF T.J.'S CLAIMS** |

        Plaintiffs' Motion for approval of the compromise of the minor plaintiff T.J.'s claims has been received and reviewed by this Court, along with any response thereto by Defendants. Evidence, both written and oral, having been considered, and good cause appearing therefore:
**IT IS HEREBY ORDERED**:

        Plaintiffs' Motion is granted.    The Court approves the compromise of minor Plaintiff T.J.'s claims.

        The Court further orders disbursement of minor Plaintiff T. J.'s $36,500 in settlement proceeds as follows:

        (a)      Payment to Plaintiff Janelle Jones, the guardian ad litem of Plaintiff T.J., minor T.J.'s net settlement proceeds in the amount of $21,900.  Said proceeds are ordered to be used by the minor's guardian ad litem for his sole benefit, to pay for necessities, such as housing, transportation, clothing, and food;

1        (b)     Payment to Tron & Tron, attorneys for the minor Plaintiff T. J., the amount of

2    $14,600 in attorneys' fees.

4    Dated: February 13, 2017

Troy L. Nunley
United States District Judge